IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>DIMORA BRANDS, INC.,<br>WATERMARK DESIGNS, BROOKLYN,<br>and DOES 1-10<br><br>        Defendants. | Civil Action No. 1:25-cv-01195<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Dimora Brands, Inc. and Watermark Designs, LLC ("Defendants"), by their attorneys K&L Gates LLP, hereby disclose and certify as follows:

1. No publicly held corporation or other publicly held entity owns 10% or more of Defendants.

2. Watermark Designs, LLC, is a wholly owned subsidiary of Dimora Brands, Inc. Dimora Brands, Inc. is a wholly owned subsidiary of TKE Parent, Inc.

                                                  **K&L GATES LLP**

                                        By:   /s/ *Benjamin I. Rubinstein*
                                                  Benjamin I. Rubinstein
                                                  **K&L GATES LLP**
                                                  599 Lexington Avenue
                                                  New York, New York 10022
                                                  Tel.: (212) 536-3900
                                                  Fax: (212) 536-3901

Dated:  March 21, 2025                       benjamin.rubinstein@klgates.com

                                                  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT was served by CM/ECF on March 21, 2025 on all counsel or parties of record listed below.

>Scott Alan Burroughs, Esq.
>David Michael Stuwart Jenkins, Esq.
>DONIGER/BURROUGHS
>247 Water Street, First Floor
>New York, New York 10038
>djenkins@donigerlawfirm.com
>scott@donigerlawfirm.com

/s/ Benjamin I. Rubinstein
Benjamin I. Rubinstein